JS-6

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  CHRISTOPHER W. G., by and through       Case No. 2:24-06826 ADS
    his Conservators Gary G. and Kathleen G.,

12                        Plaintiff,

13                                           JUDGMENT
                          v.

14
    FRANK BISIGNANO, Commissioner of
15  Social Security,

16                        Defendant.

17

18          In accordance with the Memorandum Opinion and Order filed herewith, IT IS

19  HEREBY ADJUDGED that the decision of the Commissioner of Security is affirmed,

20  and this matter is dismissed with prejudice.

21

22  Dated:  September 23, 2025              ____/s/ Autumn D. Spaeth_____
                                           HONORABLE AUTUMN D. SPAETH
23                                         United States Magistrate Judge

24